62 So.3d 1161 (2011)
Cedrick BRANTLEY, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-481.
District Court of Appeal of Florida, Third District.
June 1, 2011.
Rehearing Denied July 1, 2011.
Cedrick Brantley, in proper person.
Pamela Jo Bondi, Attorney General, and Lunar C. Alvey, Assistant Attorney General, for appellee.
Before SHEPHERD, SALTER and EMAS, JJ.
PER CURIAM.
Affirmed. Blanco v. State, 702 So.2d 1250, 1252 (Fla.1997); Poff v. State, 41 So.3d 1062, 1064 (Fla. 3d DCA 2010).